**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

WOODWARD/WHITE, INC.,

    Plaintiff,

v.                                                                        Case No: 8:14-cv-452-T-30MAP

PLAQUE WAREHOUSE and
DOES 1-10,

    Defendants.

_____

## ORDER OF DISMISSAL

Before the Court is the Stipulation of Dismissal With Prejudice (Dkt. #14).   Upon

review and consideration, it is

    **ORDERED AND ADJUDGED** as follows:

1.      This cause is dismissed with prejudice.

2.      All pending motions are denied as moot.

3.      The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida, this 9th day of September, 2014.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2014\14-cv-452 dismiss 14.docx